IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VENUS LOCATIONS, LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 16-cv-00986 |
| v. | § § § | |
| TELETRAC, INC. | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of the Motion to Dismiss Voluntarily without Prejudice of all claims by Plaintiff Venus Locations, LLC ("Venus") against Defendant Teletrac, Inc. ("Teletrac"), the Motion to Dismiss Voluntarily without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted by Venus as to Teletrac in this suit, are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 2nd day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE